

ORDERED in the Southern District of Florida on December 1, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Chapter 11 Cases |
| Debtors. | Jointly Administered |
| _____/ | |
| JOHN H. OWOC, | |
| Plaintiff, | Adv. Case No. 23-01246-PDR |
| v. | |
| VITAL PHARMACEUTICALS, INC., *et al.*, | |
| Defendants. | |
| _____/ | |

### ORDER ON EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING FINAL HEARING

**THIS MATTER** came before the Court for preliminary hearing on November 28, 2023, at 1:30 p.m. in Fort Lauderdale, Florida, upon *John H. Owoc's Emergency Motion for Temporary Restraining Order and Incorporated Memorandum of Law* [Adv. ECF No. 2] (the "***Motion***") and

Adv. No. 23-01246-PDR

the *Objection of the Liquidating Trust to John H. Owoc's Emergency Motion for Temporary Restraining Order and Incorporated Memorandum of Law* [Adv. ECF No. 10] (the "**Objection**"). The Motion seeks entry of an order barring the Liquidating Trustee appointed pursuant to Debtors' Plan [ECF No. 1905] and Confirmation Order [ECF No. 2258] from extinguishing John H. Owoc's equity interests in Vital Pharmaceuticals, Inc. ("***VPX***"). The Court having considered the Motion and Objection, heard arguments of counsel, including counsel for Mr. Owoc and the Liquidating Trust, and for reasons set forth on the record, does hereby

**ORDER** as follows:

1. The parties are directed to file and serve supplemental briefs by December 7, 2023, at 4:30 p.m. The briefs shall not exceed ten (10) pages in length.

2. The Court will conduct a hearing on the Motion on **December 12, 2023, at 10:30 a.m. Eastern** at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301.

3. Although the Court will conduct the hearing in person, the Court will permit virtual remote attendance without need of the parties to seek leave. Accordingly, no motions seeking permission to appear remotely are required.

4. The Court's guidelines regarding procedures for appearing remotely may be found at https://www.flsb.uscourts.gov/judges/judge-peter-d-russin.

5. Movants counsel must (a) serve a copy of this Order on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

# # #

Adv. No. 23-01246-PDR

<u>Submitted by:</u>
Jonathan S. Feldman, Esq.
Florida Bar No. 12682
PHANG & FELDMAN, P.A.
*Attorneys for John H. Owoc*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223
Email: feldman@katiephang.com

Attorney Feldman is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.